IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 16-cv-00067-RPM

GABRIELA CASTILLO,

    Plaintiff,

v.

TINY MINDERS DAYCARE PRESCHOOL, INC., and
TRICIA KLOMHAUS,

    Defendants.

_____

## ORDER DISMISSING DEFENDANT TRICIA KLOMHAUS
_____

Upon review of Defendant Tricia Klomhaus' Motion to Dismiss [Doc. 10] and Plaintiff's response, it is

ORDERED that pursuant to Fed.R.Civ.P. 12(b)(6), the complaint and this civil action are dismissed as to the individual defendant, Tricia Klomhaus.

DATED: April 6, 2016

                                          BY THE COURT:

                                          s/Richard P. Matsch

                                          _____
                                          Richard P. Matsch, Senior Judge